BENNETT J. LEE (BAR NO. 230482)
NICHOLAS A. MERRELL (BAR NO. 240795)
WATT, TIEDER, HOFFAR & FITZGERALD, L.L.P.
333 Bush Street, Suite 1500
San Francisco, California  94104
Telephone:   415-623-7000
Facsimile:    415-623-7001
blee@wthf.com
nmerrell@wthf.com

Attorneys for Plaintiff
WEBCOR CONSTRUCTION, LP

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| WEBCOR CONSTRUCTION, LP, a California limited partnership, | Case No. 2:11-cv-07926-CAS-SS |
| Plaintiff, | |
| v. | **REQUEST FOR DISMISSAL WITH PREJUDICE** |
| THE RELATED COMPANIES, LP, a New York limited partnership; THE RELATED REALTY GROUP, INC., a Delaware corporation; RELATED GRAND AVENUE, LLC, a Delaware limited liability company; RELATED GRAND AVENUE ASSOCIATES, LLP, a business entity of unknown form; RELATED GRAND AVENUE ASSOCIATES, LLC, a business entity of unknown form; GRAND AVENUE LA, LLC, a Delaware limited liability company; GRAND AVENUE LA PHASE II, LLC, a Delaware limited liability company; GRAND AVENUE LA PHASE III, LLC, a Delaware limited liability company; and AVENUE OF THE STARS ASSOCIATES, LLC, a Delaware limited liability company, | |
| Defendants. | |

WATT, TIEDER,
HOFFAR &
FITZGERALD, L.L.P.
ATTORNEYS AT LAW

Pursuant to the terms of a global settlement agreement, Plaintiff WEBCOR CONSTRUCTION, LP ("Webcor") hereby requests that the Court dismiss this entire lawsuit with prejudice.

Dated: April 23, 2012          **WATT, TIEDER, HOFFAR & FITZGERALD, LLP**

By:  /s/ Nicholas A. Merrell
      Bennett J. Lee (CA Bar No. 230482)
      Nicholas A. Merrell (CA Bar No. 240795)
      333 Bush Street, Suite 1500
      San Francisco, CA 94104
      Telephone:  415-623-7000

*Attorneys for Plaintiff Webcor Construction, LP*